**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOSEPH GOMEZ, | NO. CV 13-4494-R (AS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| M.D. BITER, Warden, | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

//

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 12, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE