**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD JOSEPH GOMEZ, | ) | NO. CV 13-4494-R (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 12, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE